# In The United States Court of Federal Claims

No. 11-72C

(Filed: March 23, 2011)

_____

NINA K. BEHRENS,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On March 23, 2011, defendant filed an unopposed motion for an enlargement of time. The motion is hereby **GRANTED.** On or before, June 3, 2011, defendant shall file its response to plaintiff's complaint. **No further enlargements of time will be granted**.

    **IT IS SO ORDERED.**


                                                  <u>s/ Francis M. Allegra</u>
                                                  Francis M. Allegra
                                                  Judge