# In The United States Court of Federal Claims

No. 11-72C

(Filed: July 26, 2011)

_____

NINA K. BEHRENS,

           Plaintiff,

   v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

     A preliminary status conference will be held in this case on Wednesday, August 10, 2011, at 10:00 a.m. (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

     **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge