# In The United States Court of Federal Claims

No. 11-72C

(Filed: August 10, 2011)

_____

NINA K. BEHRENS,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     On August 10, 2011, a preliminary status conference was held in this case. Participating in the conference were Mr. Jonathan Louis Gould, for plaintiff, and Ms. Katy Marie Bartelma, for defendant. Based on discussions during the conference, the court adopts the following schedule:

1. On or before September 3, 2011, defendant shall file a status report detailing the loss of any documents and electronically stored information in this case;

2. On or before September 9, 2011, plaintiff shall file her response to defendant's status report;

3. On or before February 10, 2012, fact discovery shall be completed; and

4. On or before February 24, 2012, the parties shall file a joint status report indicating how this case should proceed, if appropriate, with a proposed schedule.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge