# In The United States Court of Federal Claims

No. 11-72C

(Filed: September 12, 2011)

_____

NINA K. BEHRENS,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Tuesday, September 20, 2011, at 2:30 p.m. (EDT) to discuss the recent filing of defendant's status report regarding the loss of documents and electronically stored information.  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                   s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge