# In The United States Court of Federal Claims

No. 11-72C

(Filed: October 27, 2011)

_____

NINA K. BEHRENS,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 15, 2011, the parties filed a joint motion to stay proceedings and be referred to alternative dispute resolution. The motion is hereby **GRANTED**. Accordingly:

1. Proceedings in this case are **STAYED** until further notice;

2. This case is hereby referred to ADR. The Clerk shall assign the instant case to a settlement judge;

3. The parties periodically shall file joint status reports regarding the progress of ADR. The first such report shall be filed on January 26, 2012, with subsequent reports filed every 91 days thereafter. The parties shall notify the court immediately if settlement discussions break down and there is a need to restore this case to the active docket; and

4. Defendant is not relieved of its obligation to file a status report on loss of evidence every twenty-eight days, as required by the order of September 26, 2011.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge